| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Kevin T. Simon, Esq. [SBN - 180967]<br>Law Offices of Kevin T. Simon, APC<br>21241 Ventura Blvd., Suite 253<br>Woodland Hills, CA 91364<br>Tel: (818) 783-1674<br>Fax: (818) 783-6253<br>Email: kevin@ktsimonlaw.com<br><br>☑ *Attorney for* Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re | | |
|---|---|---|
| | | CHAPTER |
| Debtor(s), | | CASE NUMBER |
| | | ☐ ADVERSARY NUMBER (if applicable) |
| Plaintiff(s), | | ☑ See attached list for multiple cases that require an update to the attorneys information |
| vs. | | |
| Debtor(s). | | |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, Kevin T. Simon_____, 180967_____, kevin@srhlawfirm.com_____
      *Name*                                 *Bar ID Number*                *E-Mail Address*

☐ am **counsel of record** or
☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

☑ am **counsel of record** or
☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

    Attorney Name changed to_____
    New Firm/Government Agency Name Law Offices of Kevin T. Simon, APC_____
    New Address 21241 Ventura Blvd., Suite 253, Woodland Hills, CA 91364_____
    New Telephone Number (818) 783-1674_____ New Facsimile Number _____
    New E-Mail Address kevin@ktsimonlaw.com_____

---

Notice of Change of Address or Law Firm

(September 2009)

**SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:**

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
    ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
    ❏ I am, or
    ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
    ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
    ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
    ❏ I am, or
    ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: 6/29/18

Signature of Present Attorney

---

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

---

LAW OFFICE OF KEVIN T. SIMON, APC  
21241 Ventura Blvd., Suite 253  
Woodland Hills, CA 91364

NOTICE OF CHANGE OF FIRM NAME  
AND CHANGE OF ADDRESS

| Debtor Case Number | Judge | Debtor Last Name | Debtor First Name | Joint Debtor Last Name | Joint Debtor First Name |
|---|---|---|---|---|---|
| 9:17-bk-10575-DS | Deborah J. Saltzman | Abbott | Maureen Emily | | |
| 9:16-bk-12209-DS | Deborah J. Saltzman | Alejo | Rocelie | | |
| 9:16-bk-10498-DS | Deborah J. Saltzman | Bishop | Julie Marie | | |
| 9:16-bk-12319-DS | Deborah J. Saltzman | Brinkmeyer | Gary William | | |
| 9:17-bk-10537-DS | Deborah J. Saltzman | Chavez | Nora L. | | |
| 9:14-bk-10006-DS | Deborah J. Saltzman | Cristobal | Diane E | | |
| 9:16-bk-12045-DS | Deborah J. Saltzman | Edelen | James | Edelen | Kimberly |
| 9:16-bk-10683-DS | Deborah J. Saltzman | Edman | Douglas Leroy | | |
| 9:14-bk-11663-DS | Deborah J. Saltzman | Emans | Joseph Alan | Emans | Janna Michelle |
| 9:16-bk-11579-DS | Deborah J. Saltzman | Greenberg | Adam Jay | | |
| 9:18-bk-10697-DS | Deborah J. Saltzman | Hancock | Kendall | Hancock | Irma |
| 9:16-bk-12159-DS | Deborah J. Saltzman | Harper | Matthew C. | | |
| 9:15-bk-11305-DS | Deborah J. Saltzman | Herrera | Jorge | Herrera | Aura |
| 9:15-bk-11526-DS | Deborah J. Saltzman | Jacquez | John Lozano | Jacquez | Julie Ann |
| 9:16-bk-11480-DS | Deborah J. Saltzman | Johnson | Barbara | | |